UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

SUSAN LEMKE,

                Plaintiff,

   vs.                                              Case No. 19-cv-149

OCWEN LOAN SERVICING, LLC,

                Defendant.

**NOTICE OF SETTLEMENT**

     Plaintiff Susan Lemke ("Plaintiff") by counsel, hereby provides notices to the court that a settlement agreement between the Plaintiff and Defendant Ocwen Loan Servicing, LLC has been reached. The Parties will prepare settlement documents and anticipate filing a Notice of Dismissal within 45 days.

                          Date: March 29, 2019.

                          s/ Nathan E. DeLadurantey
                          Nathan E. DeLadurantey
                          State Bar No. 1063937
                          330 S. Executive Drive, Suite 109
                          Brookfield, WI 53005
                          (414) 377-0515; (414) 755-0860 - Fax
                          E: nathan@dela-law.com
                          Attorney for the Plaintiff